Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF OKLAHOMA

(1) FLOYD PATTERSON, JR., as )
    a Special Administrator   )
    of the Estate of FLOYD    )
    PATTERSON III, deceased,  )
                              )
        Plaintiff,            )
                              )
-vs-                          )  No. 20-cv-040-RAW
                              )
(1) SHERIFF ANDY SIMMONS, in )
    his official capacity,    )
(2) CITY OF MUSKOGEE,         )
    OKLAHOMA,                 )
(3) CHRISTOPHER ROCHELL,      )
(4) DOES Nos. 1-10            )
                              )
        Defendants.           )


DEPOSITION OF JODI MATHEWS

TAKEN ON BEHALF OF THE DEFENDANTS

IN MUSKOGEE, OKLAHOMA

ON AUGUST 6, 2021


REPORTED BY:  KASEY D. EGELSTON, CSR



Jodi Mathews                                    August 6, 2021

Page 13

 1    third year.

 2        Q    What is your degree?

 3        A    Human services with a concentration in

 4    child and family services.

 5        Q    When do you hope to graduate?

 6        A    Hopefully I'll graduate by next year.

 7        Q    2022?

 8        A    Uh-huh.

 9        Q    Was that a yes?

10        A    Yes.  Excuse me.

11        Q    That's all right.  In addition to that, did

12    you attend any other colleges?

13        A    No.

14        Q    Vo-tech?

15        A    I did vo-tech as a -- when I was younger.

16        Q    Where did you go for vo-tech?

17        A    I went to Muskogee Technology Center.

18        Q    What were you studying there?

19        A    I did CNA, CMA, phlebotomy, and home health

20    aide.

21        Q    CNA, what does that stand for?

22        A    Certified nurse's assistant.

23        Q    And when were you certified for that?

24        A    That's been many years ago, sir.  I don't

25    know the exact date.  I was probably 18.

Jodi Mathews                                    August 6, 2021

```
 1      Q    Is it still current?
 2      A    No.  I changed degrees.
 3      Q    Do you know how long that lasted? -- the
 4  certification?
 5      A    The certification has to be updated yearly.
 6      Q    Okay.  And then the CMA, what is that?
 7      A    Certified medication aide.
 8      Q    And does it have to be recertified --
 9      A    Yes, sir.
10      Q    -- every year?
11           And phlebotomy, I think that's being able
12  to take blood?
13      A    Yes, sir.
14      Q    Can you also give shots?
15      A    Yes, sir.  If my certification was up to
16  date.
17      Q    Sure.
18      A    I changed my degree, so I didn't do anymore
19  of any of that.
20      Q    And home health aide, what is that?
21      A    Home health aide?
22      Q    Yeah.
23      A    You go to people's houses and care for them
24  there.
25      Q    And did you ever do that?
```

Jodi Mathews                                    August 6, 2021

```
 1      A    Yes, sir.

 2      Q    Tell me about when that was.

 3      A    I don't remember the dates.  I did that

 4   through -- let's see.  Advantage Home Health, and

 5   they're no longer employed (sic).

 6      Q    They're no longer around?

 7      A    I don't believe so.

 8      Q    What did you call them?  Advantage?

 9      A    Advantage.

10      Q    It's just called Advantage?

11      A    Advantage Home Health.

12      Q    Where were they located out of?

13      A    Here in Muskogee.

14      Q    How long did you work with them?

15      A    I probably stayed with them at least a

16   year.

17      Q    So in that job you used your CNA, CMA,

18   phlebotomy, and home health aide --

19      A    Not phlebotomy.

20      Q    -- certifications?

21      A    I didn't use that in that actual job.

22      Q    In that job did you use your CNA, CMA and

23   home health aide certifications?

24      A    It would have been home health aide

25   certification.  The CNA -- no, it wasn't CNA because
```

Jodi Mathews                                    August 6, 2021

Page 18

1      A   I've taken certificate classes, but not
2   vo-tech.
3      Q   Have you ever been in the military?
4      A   No, sir.
5      Q   Tell me about your past employment history.
6   After you got out of high school, where did you
7   work?
8      A   Let's see.  After I got out of high school
9   I worked at Pleasant Valley Health Care.  I believe
10  that was my first job.
11     Q   What did you do for them?
12     A   That's where I did the CNA and the CMA.
13     Q   What kind of health care did they provide?
14  Is that a nursing home?
15     A   It's a nursing home, yes, sir.
16     Q   I'm not from Muskogee.
17     A   It's okay.
18     Q   Was that in Muskogee?
19     A   Yes, sir.
20     Q   Are they still around?
21     A   Yes, sir, they are.
22     Q   So in that role you took care of people in
23  the nursing home?
24     A   As a CNA, I worked the halls and took care
25  of individuals.  As a CMA, I passed medication and

1    did treatments for wounds.

2        Q    How long did you work for Pleasant Valley

3    Health Care?

4        A    Let's see.  I was at Pleasant Valley -- my

5    oldest daughter was seven months when I went to work

6    there and she was born in 1999, so that would have

7    been probably in 2000 when I started there, and I

8    worked there up until the day I had my son, who was

9    born June 21st of 2001.  So that would have been

10   from around the beginning of 2000 until June of

11   2001.

12       Q    Okay.  Then where else did you work after

13   Pleasant Valley Health Care?

14       A    I worked at a place called B&J's Restaurant

15   as a waitress.  I don't know the time frames of

16   these items, but I did work there --

17       Q    Okay.

18       A    -- for a short time.  I also worked at

19   Chow's Express.

20       Q    As a waitress, cashier?

21       A    I was counter work.  Oh, and I worked at

22   K-Mart when K-Mart was in Muskogee.  I worked there

23   for a little while.

24       Q    As a salesperson or a checker?

25       A    A checker, uh-huh.

Jodi Mathews                                    August 6, 2021

Page 30

1    the exact, but I would say at least eight years.

2         Q    In your dealings as a CNA or CMA -- I don't

3    remember all of the -- home health care, have you

4    dealt with people who are diabetic?

5         A    Yes.

6         Q    In your training to get those

7    certifications for CMA, CNA, home health care and

8    maybe not for phlebotomy, but maybe phlebotomy, but

9    were you given training about diabetes?

10        A    In those courses, yes.

11        Q    Okay.  And when you had your phlebotomy

12   license current, if a doctor or someone -- we'll say

13   if a doctor said we need to give him an insulin

14   shot, would you have been qualified to do that?

15        A    Yes.

16        Q    Were you trained on recognizing people who

17   are suffering from diabetes?

18        A    No.

19        Q    Were you trained on the signs of people who

20   are diabetic?

21        A    Yes.

22        Q    Give me some examples of things that would

23   be -- something that would be a symptom of someone

24   who is diabetic or suffering from high sugar?

25        A    I'm not real knowledgeable about this, but

Jodi Mathews                                    August 6, 2021

Page 68

1    policies and procedures?

2         A    That would have been that test.

3         Q    Okay.  And in that test do you remember

4    being trained about diabetes and that it can be

5    mistaken as someone whose intoxicated and to look

6    for a fruity smell?  Anything like that?

7         A    No.  I don't recall that.

8         Q    And I recognize that this was a long time

9    ago, but just give me a second and I'll try to

10   refresh your memory.  I'm going to mark Defendants'

11   Exhibit 1, which is previously been marked as DDR

12   44, pages 51 through 72.  I say that for the record

13   because we may refer to it back and forth, but it's

14   DDR 44, 51 -- so we'll probably just say 51 of

15   Exhibit 1, all the way to 72.  Do you see that?

16                 (Defendants' Exhibit Number 1 was

17                 marked for identification purposes and

18                 made a part of the record.)

19                 THE WITNESS:  Yes.

20                 MR. ARTUS:  Okay.  So this is

21   Defendants' Exhibit 1.  I don't have another copy,

22   but it's part of the personnel file that you got.

23   And so on.

24                 MR. BLAKEMORE:  This thing is -- give

25   me the first Bates stamp, please.

Jodi Mathews                                    August 6, 2021

                                                      Page 69
        1              MR. ARTUS:   It's 51.

        2         Q    (By Mr. Artus)  Does that refresh your

        3    memory about a test you had to take?

        4         A    Yes.  That was a long, long time ago,

        5    wasn't it?

        6         Q    Right.

        7         A    I made an 85.  I passed it.

        8         Q    Yeah.  And it was a requirement that you

        9    passed it to continue to work there?

       10         A    I'm curious to see what I missed.

       11         Q    But you see on page 65 -- and this is your

       12    test; right?

       13         A    Yep.  Yes.  This is my test.

       14         Q    And on page 65, question number 7, do you

       15    see that?

       16         A    Uh-huh.

       17         Q    Alcoholics and diabetics are often

       18    confusingly mistaken.  The diabetics often have a

       19    sweet smell, and you wrote the word sweet; right?

       20         A    Yep.  They gave us that answer.  I remember

       21    that.

       22         Q    Yeah.  Right.  So you did have some

       23    training about diabetes and what to look for in

       24    diabetics; right?

       25         A    Well, I wouldn't call that training, but I

Jodi Mathews                                    August 6, 2021

Page 70

 1    would call that a question -- an answer that was

 2    given to us in a test.

 3         Q    Sure.

 4         A    I don't anticipate that we'll go around

 5    smelling everyone's breath, but yes, I do see that.

 6         Q    Of course you have some experience with

 7    your grandfather?

 8         A    No, sir.

 9         Q    Not your grandfather.  Your father?

10         A    With my father.

11         Q    Getting training for CNA or CMA, I can't

12    remember them all, the H -- home health care, at

13    least looking online at what the requirements are

14    that cover those things, one of the things they talk

15    about is diabetes and recognizing diabetes.  Do you

16    have any memory of that?

17         A    In which class?  Or what were you saying?

18         Q    Like in getting your CNA and CMA license?

19         A    I'm sure at some point that was covered.

20         Q    Okay.  But anyway, does this refresh your

21    memory that you had to take a test to see if you

22    understood the policies and procedures?  You go

23    through the class, explain what your job was and

24    make sure you understand what you're supposed to do;

25    right?

Jodi Mathews                                    August 6, 2021

Page 71

1      A    Yes.  We took this test, I believe, every
2   year.
3      Q    So working at the jail from 2009 to --
4      A    2018.
5      Q    -- 2018, did you work as a runner?
6      A    From 2009 to 2018, I was actually -- I
7   started out as a detention officer, I'm assuming.
8   I'm trying to remember exactly, but I soon went to
9   support staff where I did mail.  Even before that, I
10  was a secretary.  I did payroll.  All of these
11  things in combination until Frazier -- Rob Frazier
12  came into office and that's whenever he put me as a
13  supervisor.
14     Q    Okay.
15     A    So I did a number of things in the jail
16  from 2009 to 2000 and -- probably late '16, early
17  '17.  I don't know.  You mentioned the date that he
18  came into office, but it was soon after.
19     Q    Okay.
20     A    Probably within three to four months after
21  he came into office he moved people around and moved
22  me back into the jail as a supervisor.
23     Q    Did he do that because you had a lot of
24  experience and he wanted people that had a lot of
25  experience out on the floor?

Jodi Mathews                                    August 6, 2021

                                                    Page 99
1    ready -- or every potential inmate that comes in; is
2    that correct?
3        A    Yes.
4        Q    And one of the questions is are you
5    diabetic; is that correct?
6        A    Yes.
7        Q    Is the policy at the jail that if somebody
8    says they're diabetic, they're supposed to get their
9    finger checked for blood sugar levels?
10            MR. BLAKEMORE:  Object to the form.
11       Q    (By Mr. Artus)  You can answer.
12       A    I don't know that that is protocol, but if
13   they say they're diabetic, that they automatically
14   stick their finger to check their blood sugar.  I do
15   know if they say they're diabetic, then that goes to
16   the medical records, per se.
17       Q    So you let medical know that he says he's
18   diabetic?
19       A    Yes.  And that may be why medical had his
20   file.
21       Q    Then medical will come and check them for
22   blood sugar?
23            MR. BLAKEMORE:  Object to form.
24            THE WITNESS:  No, sir.  Medical doesn't
25   automatically come and check them for blood sugar.

Jodi Mathews                                    August 6, 2021

                                                    Page 101

1    Rocky Patterson when you did the shift change?

2        A    When we did shift change, usually we look

3    at main control and look at the 27 monitors that are

4    there and we talk about each individual inmate.

5    Regarding Rocky Patterson, at the time, Reynolds

6    stated that he came in at 8:00 that morning.

7        Q    Rocky came in at 8:00 that morning?

8        A    Yes.  Rocky came in at 8:00 that morning

9    and he was intoxicated.  He said that he had been

10   cleared through medical and that he needed to sleep

11   it off.  And I can elaborate as much as I need to on

12   that.

13       Q    Sure, please.

14       A    So then I'm looking at the cameras and I

15   see that he doesn't have any clothing on.  So I

16   said, okay, guys, can you-all at least help my guys

17   get him dressed before you leave.  This is what I

18   told first shift.

19       Q    Talking about Robert Reynolds' shift;

20   right?

21       A    Yes.  Because Mr.  -- Rocky had been there

22   11 hours prior -- this is very important to me.  11

23   hours prior to my shift coming on.

24       Q    Right.  So at 11 hours were you like, hey,

25   he should be sobered up?

Jodi Mathews                          August 6, 2021

                                              Page 104
1        Q    And then, of course, where are you working
2    at?  You're working in booking that day?
3        A    I'm working in booking this night because
4    my booking officer was on vacation.
5        Q    So you're right there in main control;
6    right?
7        A    No.  I'm in booking.
8        Q    Right.  But close to main control?
9        A    Close to main control.
10       Q    You're also looking at the monitors from
11   time to time; correct?
12       A    Correct.
13       Q    And you can see on your shift that he's
14   still naked; right?
15       A    Well, I do believe that at some point he
16   had covers or something.  I don't remember, you
17   know, just staring at the cameras at a naked man,
18   but I would anticipate that he had things back there
19   that should have been on him that may not have been
20   on him and I suppose that Josh Drake covered him as
21   he checked on him, but that, I can't confirm or deny
22   because I wasn't back there.
23       Q    Okay.  The videos show that he was -- that
24   he was just naked the whole shift.  He didn't have a
25   blanket or anything like that.

Jodi Mathews                           August 6, 2021

Page 142

1    done, which means that the person who signed off on
2    the cell checks signed off an error.
3       Q   Was that something that was a recurring
4    issue at the jail?
5       A   I would say yes because it was an ongoing
6    problem.  Just because if you've got six people
7    running the whole entire jail and three of those six
8    people are in a tower or at main control where they
9    cannot move from, that leaves you three people.
10   Okay?  Cell checks are supposed to be completed by
11   two persons.  No one is ever supposed to enter a
12   cell block alone.  One of those three people would
13   have been myself, who had to stay in booking, so
14   that leaves you two people to run and care for and
15   cell check for ten cell blocks upstairs and four
16   cell blocks downstairs.  I'm not trying to be smart,
17   rude or ugly.  I'm just simply telling you the
18   truth.
19      Q   No.  I understand.  That's all I want.
20      A   That is exactly -- I mean --
21      Q   Now, the six people that were running the
22   jail the night of June 17th, was that kind of --
23   well, let me ask you this first.  What was full
24   staffing at the jail?
25      A   10.

Jodi Mathews                                    August 6, 2021

Page 143

1      Q    Okay.

2      A    10 per shift.

3      Q    And was it a common issue to have less than

4   10 staffed at the jail?

5      A    Unfortunately, yes.

6      Q    How often would you be understaffed?

7      A    I don't think I would be exaggerating when

8   I said 8 out of 10 times.

9      Q    And that 8 out of 10 times, is that -- what

10  time frame are we talking about that you would be

11  understaffed that often?

12     A    It would mainly be at night because during

13  the day they had support staff and administration

14  that was there that could fill in those areas where

15  there wasn't anyone.

16     Q    And I appreciate that.  I probably didn't

17  word that the way I intended.  But what I'm asking

18  you is, so there was a time period when you came

19  back in 2009 where you worked as a detention officer

20  again; correct?

21     A    Yes.

22     Q    And was there -- during that time frame was

23  there an understaffing issue?

24     A    Yes.

25     Q    Okay.  So then you went to a -- I think you

Jodi Mathews                                        August 6, 2021

Page 144

1    said it's a support staff position?

2         A    Yes.

3         Q    How long were you -- how long were you in

4    that?

5         A    Well, by the calculations I gathered today,

6    it would have been from the time that I started the

7    support staff position, which I don't know that

8    exact date, but it would have been from that day

9    until I was put back in as a supervisor, which would

10   have been three to four months after Mr. Frazier

11   came in as sheriff.

12        Q    Which would have been like April of 2017,

13   something like that?

14        A    Yes.  Because I believe he came in January

15   of 2017, and it was three to four months after that.

16        Q    How long -- let me ask it this way, how

17   long did you work as a D.O. after you were rehired

18   in 2009?

19        A    I would say a year to two years.

20        Q    Okay.  So for that year to two years that

21   you were working as a D.O. in 2009 to 2011 maybe,

22   that entire time you were understaffed at the jail 8

23   out of 10 times?

24        A    It would be hard to calculate that exact

25   number.  I wouldn't say -- oh, you said out of the

Jodi Mathews                                    August 6, 2021

                                                        Page 145

1    entire time I worked there.  Man, it was a lot.

2         Q    Okay.  I'm just asking you to estimate.

3         A    Yeah.  To estimate, I'm going to say more

4    than half, to be fair.

5         Q    And then -- now, going ahead to the time

6    that you're made a supervisor in the spring of 2017,

7    how often from that point to the time that you're

8    terminated in June of 2018, about how often were you

9    understaffed?

10        A    At least half or more.

11        Q    And what kind of -- what, if any, problems

12   does that create at the jail when you're

13   understaffed like that?

14        A    I mean, it creates a domino effect.  You

15   can't possibly get cell checks completed being

16   understaffed like that.  You can start them and that

17   was a big deal.  That was one of the big things.

18   We'll start the cell check so we can get our time

19   written down.  Okay?  But then we may not come back

20   and finish it.  So it's not a completed cell check,

21   however, it's a started cell check, if that makes

22   sense?

23        Q    I've gotcha.

24        A    Unfortunately, it happened a lot just

25   because we didn't have the people to cover.  They're

Jodi Mathews                                    August 6, 2021

Page 153

```
 1      A    Yes.
 2      Q    When you went back as a jail supervisor,
 3 who was it that actually told you you were being
 4 appointed to that position?
 5      A    That would have been Frazier.
 6      Q    Okay.
 7      A    Rob Frazier.
 8      Q    Is that one of the two times that you saw
 9 him or?
10      A    That might have been three.  I didn't see
11 him very often.  I didn't see him very often.
12      Q    What about the undersheriff, did he ever
13 attend these payroll meetings?
14      A    No, sir.  I don't recall Terry Freeman
15 participating in these payroll meetings.
16      Q    You mentioned at one point, I think, that
17 you had gotten in trouble.  I think you said like a
18 thousand times related to medical?
19      A    Yes, sir.
20      Q    Can you tell me what you meant by that?
21      A    What I meant by that was if somebody had a
22 problem, they would say, Jodi, you know, I really
23 need to see the doctor because I've been having pain
24 -- this is an example.  I'm giving you an example.
25 I need to see the doctor because I've been having
```

Jodi Mathews                                    August 6, 2021

Page 154

```
 1    pain in my side and it's hurting really bad and it's
 2    keeping me from sleeping at night and this and that
 3    and the other.  And I'll say, okay, let me go right
 4    now.  So I usually carried a notebook with me that I
 5    would write different things on as I was walking
 6    around doing my checks.  Because even though I was a
 7    supervisor, I did cell checks and I frequently did
 8    cell checks when we had staff available for me to
 9    leave my area.  And so I would go down and maybe I
10    would, you know, if medical was there, I would ask
11    them about it.  Tell them to put in a sick call.
12    Tell them to put in a sick call.  So unless they
13    were bleeding or dying visibly, the sick call was
14    the key, if that makes sense?
15         Q    And what does that mean?  Put in a sick
16    call?
17         A    They get a piece of paper that we give them
18    and they write down their name, what cell block
19    they're in, what their problem is about seeing a
20    doctor, about why they need to see the doctor and
21    you turn it into the medical box.  Well, when
22    medical decides to get it out of their box and look
23    at it, then they go up to their office.  And I know
24    that they're busy too.  I'm not trying to say
25    they're not.  And they figure out a day or time that
```

Jodi Mathews                                    August 6, 2021

                                                        Page 155

     1    they can see Mr. Mike Smith that comes in on his

     2    routines.   I think he came in twice a week or

     3    something.

     4        Q    And who was that, for the record?

     5        A    Mike Smith was the jail doctor.

     6        Q    Was he actually -- do you know if he was an

     7    actual doctor?

     8        A    I know that he has an office here in

     9    Muskogee.   I want to say he's a licensed

    10    practitioner.

    11        Q    A nurse practitioner maybe?

    12        A    Nurse practitioner, yes.

    13        Q    How often was he there?

    14        A    I believe he was there twice a week.   I

    15    believe he was there on Monday and Thursday.

    16        Q    So there were instances though where you,

    17    as a supervisor, and somebody with some medical

    18    background, you believe that an inmate needed

    19    immediate medical attention, and you would bring

    20    that to the nursing staff?

    21        A    Yes.

    22        Q    And they would say put in a sick call?

    23        A    Yes, sir.

    24        Q    Okay.  And you got in trouble for that?

    25        A    Yes, sir.

Jodi Mathews                                    August 6, 2021

Page 156

1        Q    And how did you get in trouble for that?

2        A    During the payroll meetings, Christina

3   Boswell will vouch for this a hundred times as well,

4   we both got in trouble.  We worked on the night

5   shift together.  She was my booking officer the

6   night this happened and I was taking her spot.  They

7   would just tell us you're not medical.  You're not

8   medical.  You know, you don't need to try to figure

9   out what's wrong with somebody.  You're not medical.

10   You just give them a sick call and let them fill it

11   out and we'll get to it.

12       Q    I mean, how often would this happen when

13   you would bring an issue to medical and they weren't

14   responsive to it?

15       A    Every time I brought an issue to medical it

16   was a problem, but every day I didn't have to bring

17   an issue to medical.  I would say probably two or

18   three times a month, per se.

19       Q    Okay.

20       A    That I would get my butt chewed, you know.

21       Q    And every time you went in there and

22   brought them a medical issue, you said it was a

23   problem?

24       A    Right.  Or there had been a time or two --

25   there had been a time or two -- I keep getting my

Page 157

1   time frames mixed up here.  We're talking about '17
2   to '19, and I'm kind of going back a little bit
3   further.  When I worked on days, I do remember.
4   Depending on who's in medical they might say, well,
5   bring them up real quick or whatever.  Or they might
6   call for them to come up there when they can, but
7   towards the end of my employment there it was the
8   sick call was the key.  You know, the sick call and
9   we'll get to them.  And the doctor only seen an
10  X-amount of inmates per time that he was there.
11      Q   Right.
12      A   And it took a runner or two, depending on
13  how many, to get these inmates out of the cell
14  blocks and take them up there to see the doctors.
15      Q   You also mentioned that some of the time
16  medical wasn't there on your shift; is that right?
17      A   Yes, sir.  Medical was not rarely there 24
18  hours.  Now, it seemed to me like -- and this is
19  just me talking, but it seemed to me like when a
20  situation would happen, they would get back on the
21  ball game and get medical fully staffed where they
22  were there 24 hours.  As time went by, they would
23  kind of slack off with that again and medical
24  wouldn't be there 24 hours.  Then, you know,
25  something else might happen or maybe they get enough

Jodi Mathews                          August 6, 2021

Page 158

1    staff or whatever the reason might be and then

2    medical might be there 24 hours again.  I can

3    honestly tell you that medical has not always been

4    at the jail 24 hours.

5        Q    I think you said -- I thought you said they

6    were rarely there?

7        A    Right.

8        Q    Okay.

9        A    They were -- well, because either they're

10   staffed there or they're not.  What I'm trying to

11   say, I don't know their schedule, but I know that

12   they leave at a certain time.  It's not overnight.

13       Q    Okay.

14       A    Now -- right now they do have medical

15   overnight, as far as I know.  Right now they do, but

16   they haven't always, if that makes sense?

17       Q    It does.

18       A    They have not always had medical overnight.

19   But the reason I know they have medical -- you know

20   what, I say "overnight," but it may not even be

21   overnight.  The reason I say this is when I worked

22   CIC, I worked 5:00 p.m. to 1:00 a.m. and sometimes I

23   would go outside at 11:00 or 12:00 at night and

24   there would still be medical outside smoking or in

25   the jail or whatever.  So I knew that they still had

Jodi Mathews                              August 6, 2021

Page 159

1   medical there, but I don't think medical stayed

2   there overnight.  You should be able to confirm

3   whether or not they stayed there overnight.

4        Q    I guess what I'm getting at, were there

5   times when you're on a shift and you felt like there

6   was an inmate on your shift that had like an

7   immediate medical need, needing to be assessed, and

8   there was no medical there?

9        A    Yes.

10       Q    And how often did that happen?

11       A    Like I say, I have a big heart for people,

12  so, you know, I might think somebody needs to be

13  assessed that really can wait, you know what I'm

14  saying?  But like if somebody is saying they think

15  their blood pressure is high.  You know, to me,

16  that's a big deal.  Blood pressure can create other

17  problems.  I would expect them to get their blood

18  pressure taken within a reasonable amount of time.

19  I think they did actually make it to where we were

20  able to check the blood pressures, but half the time

21  there was not the equipment to check the blood

22  pressures and medical was locked.  So unless we

23  brought our own stuff, we wouldn't be able to access

24  those things.  I do remember Josh Drake taking blood

25  pressure before.  I stayed the majority of the time

Jodi Mathews                                    August 6, 2021

Page 160

1  downstairs and he did a lot of the stuff upstairs
2  because I was a supervisor and he would sit and he
3  did the running upstairs because that's where the
4  males were, so it was just more convenient for us to
5  do it like that, but.
6      Q   I think you also said that -- when we were
7  talking about medical and how it would be a problem
8  and then you said that a situation would happen and
9  it would get better for a short period of time.
10 What did you mean by a situation?
11     A   I mean, like if something happened in the
12 jail, like if somebody got really sick, I don't
13 know.  I know that there's been other instances
14 that's happened in the jail where people have lost
15 their lives.
16     Q   Do you remember any specific incidents
17 while you were there?
18     A   Summer -- I can't think of her last name.
19 Summer was one of them because I was in there with
20 her.  I actually ran in there with medical and was
21 praying out loud, trying to get her to come back
22 alive and they were doing CPR on her and stuff.
23     Q   Do you know when that happened?  Summer?
24     A   I'm trying to think when that was.  I was
25 -- I can look it up.

Jodi Mathews                                    August 6, 2021

```
                                              Page 161
 1        Q   No.  I'm just curious.

 2        A   I don't know off the top of my head.

 3        Q   A general time frame.  Would it have been

 4    during this last time that you were at the jail or

 5    was it before?

 6        A   No.  It was the last time I was at the

 7    jail.

 8        Q   And do you know what her -- what she died

 9    of?

10        A   I don't even want to say, but it had

11    something to do with diabetes.  But I kind of think

12    it might have.  I can get full details from that to

13    back up what I'm talking about.

14        Q   Where would you get that full detail?

15        A   From the lady that was in medical that day

16    named Julie Robinson.  I talk to her on a weekly

17    basis.

18        Q   And was she one of the nurses there?

19        A   Yes.

20        Q   What time period was Ms. Robinson there?

21        A   I don't know.  My times are so clustered.

22        Q   No.  I've gotcha.

23        A   Let's see.  Julie worked there.  I want to

24    say Julie had to have worked there between 2015 to

25    '18.  No.  2015 to '17.
```

Jodi Mathews                          August 6, 2021

                                              Page 162

1        Q    Was she still working at the jail when Mr.

2   Patterson was there?

3        A    No.

4        Q    Were there any nurses -- were there any

5   nurses on staff during your shift on June 17?

6        A    I don't recall any nurses being there.  I

7   know Rachel was there during the day.  I don't

8   recall that there was a night nurse there.  There

9   had to have been someone to pass medications -- the

10  evening medications, but.

11       Q    Was med pass ever done by any of the

12  detention officers?

13       A    Not on my shift.

14       Q    Okay.  So who would have typically done the

15  med pass at night?

16       A    It would have been somebody in medical.

17       Q    Like a CMA, like a certified medicine

18  something?

19       A    Yeah.  Somebody that worked in medical

20  would have done that.  I do recall maybe the

21  deputies passing medications before.  I can't

22  elaborate on that enough to have clarity on it, so.

23       Q    But you don't recall there being any nurse

24  on staff that night?

25       A    No, sir.  And that paper where it lists

Jodi Mathews                              August 6, 2021

Page 165

1    for instance, having to fill in for booking or one
2    of these other positions, did that make it difficult
3    for you to perform your job as a supervisor?
4         A    Yes.  Because you have to stay in booking,
5    and I'm a booking officer that particular night, and
6    you have to stay in booking and you're already,
7    according to the sheet, four people short, what does
8    that leave?
9         Q    Right.
10        A    You know.
11        Q    I think that Mr. Artus asked you about when
12   you were in booking, it's close to where the -- I
13   guess the master control is with the video.  Could
14   you actually see the video screens from booking
15   where you were that night?
16        A    Not from booking.
17        Q    Okay.
18        A    You would have to go -- booking sat here,
19   per se, and then you would have to have a doorway
20   here and the main control set here and then a little
21   bit up you have all of your monitors.  So you
22   couldn't look -- unless you have really good eye
23   vision, you couldn't look from booking to see the
24   board to see what was going on.
25        Q    So when you're in booking, do you really

Jodi Mathews                                    August 6, 2021

Page 166

1    have any ability to monitor what's going on in the

2    rest of the jail through the video system?

3         A    Not on a continuous basis.  You would have

4    to go into main control.

5         Q    Okay.

6         A    I mean, you could see what's going on in

7    the intake area because that's in front of you and

8    then you could see what would be going on in detox

9    if you opened up a little steel window.  It's about

10   5-by-7 or so, maybe 8-by-10, and you could open it

11   up and look back there.  You could stick your head

12   in there if you felt froggy enough.  To see inside

13   things, no.

14        Q    Okay.  Robyn Dunaway or Robyn Kayser that

15   you testified about, you said a couple of times that

16   after this happened with Mr. Patterson, that you had

17   a conversation with her.  What did you talk about?

18   What did you tell her?

19        A    She said that I guess she knew I was on

20   shift that night whenever he passed away and she

21   said, girl, he was staying -- this is her words.

22   Girl, he was staying with me right before this

23   happened.  She told me that they found him in the

24   backyard of his house and that they took him to jail

25   for public intox.  She said, you know he never

1    checks -- not at the same time.  But, you know, we

2    would holler 114, and we would open it and shut it.

3    So, you know, if there's audio on the camera, you

4    can hear that door open and hear it slamming or you

5    can even see it open and shut.  So it did become a

6    big deal in my time being there to where, okay, this

7    is how we have to do cell checks, but it slacked

8    off.  It was never consistent.

9         Q    From what you testified to, you didn't have

10   the staffing to do it; right?

11             MR. ARTUS:  Object to the form.

12        Q    (By Mr. Blakemore)  Is that right?

13        A    That is right.  We didn't always have the

14   staff to do proper cell checks.

15        Q    Well, most of the time you didn't have the

16   proper staff.

17             MR. ARTUS:  Object to form.

18             THE WITNESS:  Most of the time.

19        Q    (By Mr. Blakemore)  That's correct?

20        A    Yes.

21        Q    You also said during your testimony with

22   Mr. Artus that medical does not automatically check

23   diabetic inmates for blood sugar.  What did you mean

24   by that?

25        A    I meant that if an inmate comes in and

Page 172

1    they're doing this little -- which this doesn't even

2    look like the ones that we do at the intake, but

3    when they do this little intake, you know, do you

4    have this, that and the other, if they were to say

5    yes, that they were a diabetic, medical doesn't grab

6    their cart and say let me check your blood sugar.

7    That's what I meant.

8        Q    But would they be put on -- if they say

9    they're diabetic, was it supposed to be that they

10   would have their blood sugar checked regularly?

11       A    I don't recall that being a policy.

12       Q    Okay.  Did -- in the instances where

13   there's no medical staff, like on your shift at

14   night, who would -- for the diabetic inmates, who

15   would do the blood sugar checks?  It just didn't

16   happen?

17       A    Unless Josh -- I remember Josh Drake doing

18   a few blood sugar checks, but that was because, you

19   know, he would think this person's blood sugar was

20   high or low or what, but we were never given an

21   assignment to check a list of people's blood sugars

22   throughout the night.

23       Q    Is it fair to say that -- at least on the

24   night shift, that blood sugars were not regularly

25   checked for diabetic inmates?

Jodi Mathews                              August 6, 2021

Page 173

```
 1      A    I think it would be fair to say that if
 2   medical was not there --
 3      Q    Yeah.
 4      A    -- then blood sugars were not checked
 5   regularly for diabetic inmates.  They may have had a
 6·  different schedule that they checked these.  They
 7   may not have been checked at night.  I don't know.
 8      Q    But they weren't being done at night?
 9      A    No.  I tried to stay as far away from
10   medical as I could.  Every time I got close to them,
11   I got my head bit off.
12      Q    By the way, when you say you got in
13   trouble, you say you got your head bit off, who was
14   it that came down on you?
15      A    Ellen snapped at me a few times when I
16   called her for different things.  She just -- her
17   shift is over and I'm calling her at home to ask her
18   something.  She would low key snap at me, if that
19   makes sense?  When we had payroll meetings, it was
20   brought to the attention to everybody, but Christina
21   and I knew who they were referring to because we
22   were really the only people that actually -- I'm not
23   going to say cared about the inmates, but took the
24   extra time to try to see and analyze, hey, there
25   might be really a problem here.  This might really
```

Jodi Mathews                                    August 6, 2021

Page 174

1    turn into something else.

2         Q    And you got in trouble for that?

3         A    Yeah.  We got reminded.  Reminded that we

4    are not medical.  You are not medical.  If you want

5    to be medical, apply for medical.  You are not

6    medical.

7         Q    Yeah.  So when you had a medical question

8    at night, you would call Ellen Arnold?

9         A    If we had a medical issue that we thought,

10   you know, was present, we would have to call Arnold,

11   yes.

12        Q    And she -- I think you said that she

13   snapped at you when you called her?

14        A    Yes.  There was a couple of times that she

15   snapped at me.  Not every time.  I'm sure if it

16   happened, I'm sure it's in my reports.

17   Unfortunately, I don't have a copy of those, so.

18        Q    Did that -- when she snapped at you like

19   that, did that deter you from wanting to call her

20   when you had questions?

21        A    It just made me more -- I don't know the

22   word to use, but it just made me more cautious as to

23   when I did call her.  And a lot of times I would

24   just make notes and I would leave them, you know,

25   for her whenever she comes on in the morning.

Page 183

```
 1      Q    Okay.

 2      A    Not that I'm aware of.

 3      Q    Yeah.  She was a CMA?

 4      A    I'm not sure.

 5      Q    Were you aware of that?

 6      A    No, sir.

 7      Q    Okay.  Do you think -- did Rachel appear to

 8  be qualified to make a medical assessment like that?

 9      A    No, sir.

10           MR. ARTUS:  Object to the form.

11      Q    (By Mr. Blakemore)  Do you know why Rachel

12  was being assigned to medically clear inmates for

13  the jail?

14           MR. ARTUS:  Object to the form.

15           THE WITNESS:  Can I answer?

16      Q    (By Mr. Blakemore)  Yeah.

17      A    I would imagine because she was hired in

18  that position.  Well, she was hired in medical, I

19  guess, to pass medication.  But, I guess, because

20  they didn't have anyone titled to do the intakes,

21  maybe that was part of her job description.  I don't

22  know who assigned her to that position or that

23  description, but I would assume that would be why.

24      Q    I mean, have you been there in booking when

25  there's been medical staff available to medically
```