# Exhibit 37

# Nurse Resignation Letter

# FILED UNDER SEAL